UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Gerald A. Pozorski,   BKY 14-34049
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.

_____

**ORDER**
_____

　　　　This matter is before the Court on the motion of Trustee, Erik A. Ahlgren, to compel turnover of estate property. Based upon the file and record,

　　　　IT IS ORDERED:

1. Within fourteen (14) days of the date hereof, the Debtor shall turnover to the Trustee:

    (i) the Bobcat skidloader identified in the photos attached to Exhibits B and C to the Trustee's motion, which skidloader is not identified on the Debtor's schedules, and

    (ii) the John Deere Gator identified in the photos attached as Exhibits B and C to the Trustee's motion.

2. If the Debtor fails to turn over the assets described in paragraph 1 of this order along with the assets identified in the court's January 9, 2015 order, [docket entry #19] (collectively, the "Assets"), within fourteen (14) days of the date hereof:

    i. the U.S. Marshal for the District of Minnesota shall assist the Trustee in gaining possession of the Assets, and

    ii. the U.S. Marshal is authorized to seize possession of the Assets and cause the same to be delivered to the Trustee or the agent of the Trustee.

3. If any of the Assets are no longer located at 3240 92nd Avenue NE, Foley, Minnesota, the Debtor shall disclose the location of the Assets to the U.S. Marshal and immediately assist the U.S. Marshal to obtain possession of the Assets.

BY THE COURT:

Dated: *February 27, 2015*

/e/ Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/27/2015*
Lori Vosejpka, Clerk, By jhn, Deputy Clerk