## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

___

In re:

Gerald A. Pozorski,   Case No.: 14-34049
                     Chapter 7

        Debtor.
___

## REPORT OF SALE
___

Erik A. Ahlgren, the bankruptcy trustee in this case, hereby reports the sale of

    2001 ABU tandem goose neck 14,000# trailer VIN 4UGFG262x1D008311
    1993 Dodge 2500 Reg. Cab with V-Plow VIN 1B7JM26Z5PS179077
    Stainless Fuel Tank electric pump
    Steel tandem flatbed trailer no VIN plate

property of the debtors, by auction conducted by Lundeen Auction and Appraisers Inc. on May 21, 2015 as per the notice (Docket entry 33).

The gross auction proceeds totaled $3,995. A copy of the auction report is attached. The trustee reports that he accepted all bids.

This report is made pursuant to Bankruptcy Rule 6004(f)(1).

Dated: June 5, 2015

                                    /e/ Erik A. Ahlgren
                              Erik A. Ahlgren, Trustee
                              220 W Washington Ave, Ste 105
                              Fergus Falls, MN 56537
                              218-998-2775
                              trustee@prtel.com

Date: 05-26-2015 15:44:35

Lundeen Auction & Appraisers, Inc
Cokato, MN
Equipment Auction May 21st 2015
(612)280-1725

Settlement          Erik Ahlgren Trustee                                  Page:    1
Seller:    9        Pozorski Bky 14-34049

| Item | Description | Price | Qty | Total |
|---|---|---|---|---|
| 4432 | Stainless tank | | 1 | 170.00 |
| 4404 | Tandem goosneck trailer 008311 | | 1 | 1,300.00 |
| 4405 | Flatbed trailer 1526CKT 2/13 | | 1 | 1,100.00 |
| 56 | 1993 Dodge plow truck 453HEZ 11/14 | | 1 | 1,425.00 |

                              Items:   4    Amount:    3,995.00

    Commission at 15.000%                    599.25

    Trucking 3 Trucks 5 Hours                750.00
    4 men 5 hours                            300.00
    Dup. titles x 3                           60.00
                                           --------
                                           1,110.00

                         Less adjustments:  -1,709.25
                                           --------
                         Net due to seller:  2,285.75

            Thank you for your business!