**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Gerald A. Pozorski,                                    Case No.: 14-34049
                                                        Chapter 7

                    Debtor.

**NOTICE OF SALE**

To:     The United States Trustee, all creditors and other parties in interest.

On **January 15, 2016**, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtors named above will sell the estate's interest in the following property (the "Property"):

    John Deere 326 square baler with kicker pan

Lundeen Auction and Appraisers will auction the Baler by live auction on **February 27, 2016** starting at 9:00 am at Lundeen Auction Center, 460 Cokato St W, Cokato, MN.  The agent will receive 15% commission on gross sales price and will be paid expenses of $50.00 per hour fuel & trucking labor cost and set up costs at $15 per hour. Sales tax and title transfer fees will be charged. The trustee believes the sale is in the best interest of the estate.  The Asset is sold "as is" without any representations and warranties.

OBJECTION: MOTION: HEARING.  Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | (see address below) |
| 200 U.S. Courthouse | 300 South 4th Street | |
| 316 N Robert Street | Minneapolis, MN  55415 | |
| St. Paul MN  55101 | | |

Dated:  December 21, 2015                               /e/ Erik A. Ahlgren
                                                         Erik A. Ahlgren, Trustee
                                                         220 W Washington Ave, Ste 105
                                                         Fergus Falls, MN  56537
                                                         218-998-2775
                                                         trustee@prtel.com